**Traci Whiteley**

| | |
|---|---|
| **From:** | waed cmecf |
| **Sent:** | Tuesday, July 13, 2021 4:52 PM |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |

CASE: 2:20-cv-01472

DETAILS: Case transferred from Washington Western has been opened in U.S. District Court as case 2:21-cv-00205, filed 07/13/2021.